**Petition of Obermayer Rebmann Maxwell & Hippel LLP.**

Supreme Court of Pennsylvania.

Dec. 9, 2011.

***ORDER***

PER CURIAM.

**AND NOW,** this 9th day of December, 2011, the applications for extraordinary relief and for leave to file a reply are DENIED.

Chief Justice CASTILLE did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania, Respondent

v.

Ephraim MARRERO, Petitioner.

Supreme Court of Pennsylvania.

Dec. 29, 2011.

***ORDER***

PER CURIAM.

**AND NOW,** this 29th day of December, 2011, the Motion for Leave to File Memorandum of Facts and Law in Support of Claims Presented in the Petition for Allowance of Appeal, the Motion to Amend, and the Petition for Allowance of Appeal are hereby **DENIED.**